**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: T.W. : No. 802 MAL 2016
:
:
PETITION OF: T.W. : Petition for Allowance of Appeal from
: the Order of the Superior Court

## ORDER

**PER CURIAM**

     **AND NOW**, this 25th day of April, 2017, the Petition for Allowance of Appeal is

**DENIED**.